964

(December 30, 1942.)

In the Matter of the Accounting of SIDNEY F. STRONGIN as Executor and Trustee of ABRAHAM BONIME, Deceased, Respondent. GERTRUDE B. RILEY et al., Appellants.—

Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of JACOB SIEGFRIED, Respondent.—

(*Vide* Matter of Davis, 252 App. Div. 591; Matter of Salus, 321 Penn. St. 106.) No other wrongdoing has been charged against the respondent. The court cannot agree with the recommendation of the learned official referee that discipline be limited to censure but decides that the offense requires a suspension from the practice of the law for a period of six months. Respondent is suspended from the practice of the law for a period of six months. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of MARTIN H. WEISMAN, an Attorney.—

Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

FLORENCE BEHNKE, as Administratrix of the Estate of FREDERICK W. BEHNKE, Deceased, Appellant, v. THE GERMAN-ENGLISH EVANGELICAL LUTHERAN CHURCH OF ST. PAUL, OF WEST NEW BRIGHTON, RICHMOND COUNTY, NEW YORK, Respondent.—

In our opinion this evidence was inadmissible to modify the formal resolution shown in the minutes of the corporation. (*Dusenberry* v. *Sagamore Development Co.*, 164 App. Div. 573; *Indian Refining Co.* v. *Buhrman*, 220 Fed. 426.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

AMELIA BILDZUKEWICZ, Appellant, v. WITOLD BILDZUKEWICZ, Respondent.—

No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.